# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ANTIONETTE VEAL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | NO. 07-436-CJP |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on September 29, 2008 (Doc. 19), the final decision of the Social Security Administration is **AFFIRMED**. Plaintiff shall take nothing from this action.

DATED: September 29, 2008

**NORBERT G. JAWORSKI, CLERK**

BY: S/ Angela M. Vehlewald
      **Deputy Clerk**

**Approved by S/ Clifford J. Proud**
      **United States Magistrate Judge**
      **Clifford J. Proud**